IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 4:18-CR-148 |
| v. | INFORMATION |
| CARL JEFFREY CAMPBELL, | |
| Defendant | |

THE UNITED STATES ATTORNEY CHARGES:

COUNT 1
(False Statement in Connection with Federal Crop Insurance)

On or about December 17, 2014, in the Southern District of Iowa, defendant CARL JEFFREY CAMPBELL, in a matter within the jurisdiction of the Risk Management Agency, an agency of the United States, did knowingly make a materially false statement and report for the purpose of influencing the action of the Federal Crop Insurance Corporation and a company that it reinsures, in connection with the payment of crop insurance benefits, to wit: CARL JEFFREY CAMPBELL falsely caused to be submitted a claim for indemnity in which he failed to disclose his full corn crop production for the year, knowing that he in fact produced, harvested, and sold more than so declared.

This is a violation of Title 18, United States Code, Section 1014.

Marc Krickbaum
United States Attorney

By: /s/ Virginia M. Bruner

Virginia M. Bruner
Assistant United States Attorney